PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jenny Lopez                                              Cr.: 2:05cr55-01

Name of Sentencing Judicial Officer: William G. Bassler

Date of Original Sentence: April 19, 2006

Original Offense: Felonous Assault with a Dangerous Weapon in aid of Racketeering.

Original Sentence: Twenty nine (29) months imprisonment with three (3) years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: April 19, 2006

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender violated the condition of supervision which states, "**The defendant shall refrain from possession and/or use of illegal substances during the term of supervision**". |
| | On February 5, 2007, the offender submitted a urine sample that tested positive for PCP and THC. The offender signed an admission to drug use form stating she had used the said substances a week prior to the drug test. |
| | On April 11, 2007, the offender signed an admission to drug use form stating she had used PCP on April 7, 2007 and THC on April 1, 2007. |

U.S. Probation Officer Action:

This incident has been discussed at length with the offender and the level of supervision as well as urinalysis has been increased. The offender also has been advised that she will be referred for a drug/alcohol evaluation and she must comply with all recommendations.

PROB 12A - Page 2
Jenny Lopez

Respectfully submitted,

By: Daniel J. Carney
U.S. Probation Officer
Date: April 23, 2007

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Aug 8 2007
Date